James Averill and another, Respondents, v.

## FOURTH DEPARTMENT, JULY TERM, 1888.

John Hurd and others, Appellants. — Judgment affirmed, with costs. Opinion by Learned, P. J.